**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6467**

───────────────

LARRY JAMES TYLER,

        Petitioner - Appellant,

    v.

DIRECTOR OF THE DARLINGTON COUNTY DETENTION CENTER,

        Respondent - Appellee.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Molly Hughes Cherry, Magistrate Judge.  (9:22-cv-01623-MGL-MHC)

───────────────

Submitted:  June 22, 2023                  Decided:  June 27, 2023

───────────────

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Larry James Tyler, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler seeks to appeal the magistrate judge's order and report, which, among other things, recommended that the district court deny Respondent's motion to dismiss Tyler's 28 U.S.C. § 2254 petition.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order and report that Tyler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*